IN UNITED STATES DISTRICT COURT

For the

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | ORDER TO WITHDRAW MOTION TO |
| vs | ) | REVOKE SUPERVISED RELEASE |
| | ) | Docket Number 3:14CR00555-01 |
| Eric Anthony Rome | ) | |

The above-named defendant was sentenced on September 22, 2015, to 41-months custody followed by a one-year term of supervised release, pursuant to a violation of 18 U.S.C. § 371, Threats Against the President of the United States. The Court imposed the following special conditions: (1) drug testing and treatment and (2) mental health treatment. Mr. Rome began his term of supervised release on September 21, 2018.

On September 4, 2019, the defendant was arrested by the Greenville Police Department for Entering a Bank with Intent to Steal. On September 13, 2019, a Supervised Release violation warrant was issued based on the new criminal conduct.

On December 16, 2020, Mr. Rome was convicted in Greenville County General Sessions Court and received a 12-year custody sentence. Additionally, he was sentenced to 12 years for Armed Robbery, as well as a concurrent 5-year sentence for Possession of a Weapon During a Violent Crime.

For reasons appearing to the Court and upon the recommendation of the United States Probation Officer, it is ordered that the Motion to Withdraw the defendant's supervised release violation warrant be granted, and the defendant's case closed effective September 20, 2019, which is the originally scheduled expiration date.

**IT IS SO ORDERED**.

_____

The Honorable Joseph F. Anderson, Jr.

United States District Judge

February 5, 2021

Columbia, South Carolina